# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✓  USAO No.: _____  Case No.: **M-22-514-SM**

Charging Document: **Complaint**  No. of Defendants: **1**  Total No. of Counts: **1**  Sealed: Y ☐

Forfeiture: Y ☐  N ✓     OCDETF: Y ☐  N ✓     McGirt: Y ☐  N ✓     Warrant ✓  Summons ☐  Notice ☐  N ✓

Companion Case No. (if any): _____

By: **cz**

### DEFENDANT INFORMATION:

| Name: **Brionjre Martai Odell Hamilton** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/2000   SSN: XXX-XX-7204 | Race: Black   Interpreter: Y ☐  N ✓ |
| Sex: M ✓  F ☐   Juvenile: Y ☐  N ✓ | Language/Dialect: English |

### DEFENDANT STATUS/RECOMMENDATION:   PRIOR MAGISTRATE JUDGE PROCEEDINGS:

✓ Not in Custody     ✓ Detention Requested     Complaint: Y ☐  N ✓

☐ Type of Bond: _____     Magistrate Judge Case No.: MJ-_____

☐ In Custody at: **Cleveland County**     Previously Detained: Y ☐  N ✓

Inmate/Prisoner/Register No.: _____

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: _____     AUSA: **Stephanie Powers**
☐ CJA Panel         Address: _____   Agent/Agency: **ATF**
☐ Retained          Phone: _____     Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(a)(6) | False Statement During the Attempted Purchase of a Firearm | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

Signature of AUSA: **s/ Stephanie Powers**     Date: **07/13/2022**