# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
VS. )
)
)
) Case Number: M-22-514-SM
)
)
)
Brionjre Martai Odell Hamilton )
Defendant )
)

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings unless and until relieved by order of the Court.  **Frances C. Ekwerekwu**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Monday, July 18, 2022
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-03-2020