CRIMINAL COURTROOM MINUTE SHEET
INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** Jul 18, 2022     **CASE:** M-22-514-SM

**TIME IN COURT:** 10 mins     **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**     **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs.** Brionjre Martai Odell Hamilton

Defendant States true and correct name as: same     **AGE:** 22

**Government Cnsl:** Stephanie Powers     **Defendant Cnsl:** Francie Ekwerekwu

**U.S. Probation Officer:** Erin Yeo     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:**
- [ ] Defendant advised of his / her right of consular notification,
- [x] Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.
- [x] Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.

---

- [ ] Government recommends defendant be released on
- [x] Government recommends defendant be detained based on Risk of Flight and Danger to the Community
- [ ] Government
    - [ ] Upon motion of the Government and request for continuance by
    - [x] Detention Hearing is set for Wednesday, July 20, 2022, at 1:00 p.m.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

- [x] Defendant informed of his / her right to a preliminary hearing.
    - [x] Preliminary hearing waived. Written waiver entered.
    - [ ] Preliminary hearing set for
    - [ ] Preliminary and detention hearing set for

---

## The Court Orders:

- [x] **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice.
- [x] Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at     with conditions per Release Order.
- [ ] Secured Bond set at     with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.