# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
)
) Case Number: M-22-514-SM
)
Brionjre Martai Odell Hamilton )
Defendant )

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this Court

A Magistrate Judge has informed me of my rights to a preliminary hearing under Fed. R. Crim. P. 5,

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.

_Brionjre Hamilton_  
Defendant

7/18/22  
Date

_Frances C. Gkwrekwe_  
Attorney for Defendant

SR-03-2020