Case 5:22-cr-00314-SLP Document 10 Filed 07/18/22 Page 1 of 1  11448143
Case 5:22-mj-00514-SM Document 2 Filed 07/14/22 Page 1 of 1
2264-0714-1946-J

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Brionjre Martai Odell Hamilton<br><br>*Defendant* | )<br>)<br>)  Case No. M-22-514-SM<br>)<br>)<br>)<br>) |

**RECEIVED**

JUL 14 2022

**U.S. MARSHALS W/OK**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Brionjre Martai Odell Hamilton ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(6), Making a False Statement During the Attempted Purchase of a Firearm

Date: July 14, 2022

*Issuing officer's signature*

City and state:   Oklahoma City, Oklahoma     SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____   **ARRESTED ON:** 07/18/2022
*Arresting officer's signature*

**WITHIN THE** W **DISTRICT OF** OK

BY: ATF
*Printed name and title*