# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff*,

                **APPEARANCE**
        Case Number: M-22-514-SM

v.

BRIONJRE MARTAI ODELL HAMILTON,

        *Defendant.*

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant: BRIONJRE MARTAI ODELL HAMILTON

    I certify that I am admitted to practice in this court.


| July 19, 2022 | s/Frances C. Ekwerekwu |
|---|---|
| *Date* | *Signature* |
| | Frances C. Ekwerekwu |
| | Assistant Federal Public Defender |
| | Western District of Oklahoma |
| | 215 Dean A. McGee, Suite 109 |
| | Oklahoma City, OK 73102 |
| | (405) 609-5967 (phone) |
| | (405) 609-5932 (fax) |
| | frances_ekwerekwu@fd.org |

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 19, 2022, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  AUSA Stephanie Powers

and any other parties of record in this case.

         *s/ Frances C. Ekwerekwu*
         Frances C. Ekwerekwu