# CRIMINAL COURTROOM MINUTE SHEET
## PRELIMINARY / DETENTION HEARING

**DATE:** Jul 20, 2022  **CASE:** M-22-514-SM

**TIME IN COURT:** 1hr20mins  **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**  **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs.** Brionjre Martai Odell Hamilton

Defendant States true and correct name as: _____  **AGE:** ____

**Government Cnsl:** Stephanie Powers  **Defendant Cnsl:** Francie Ekwerekwu

**U.S. Probation Officer:** Erin Yeo    Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.   ☒ Parties provided with a written Pretrial Services Report.

## PRELIMINARY HEARING

☐ Preliminary hearing waived. Waiver entered.

☐ Government introduces evidence with testimony of ____ witness(es) and rests.    **WITNESSES**

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.    1. SA David McCauley, ATF

☐ Government  ☐ Defendant rest(s) without introducing evidence.    2. _____

☐ Government  ☐ Defendant proffer(s) evidence and rests.    3. _____

☐ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

## DETENTION HEARING

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☒ Government introduces evidence with testimony of   1   witness(es) and rests.

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.

☐ Government  ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

☐ Government  ☐ Defendant rest(s) without introducing evidence.

☐ Government  ☒ Defendant proffer(s) evidence and rests.

☒ Government  ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☒ Unsecured Bond set at $5,000.00 _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.