**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

AUG 0 2 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR 22-314 SLP |
| | ) | |
| BRIONJRE MARTAI ODELL HAMILTON, | ) | Violation:   18 U.S.C. § 922(a)(6) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about March 27, 2022, in the Western District of Oklahoma,

----------------------- **BRIONJRE MARTAI ODELL HAMILTON,** -----------------------

in connection with the attempted acquisition of a firearm, to wit: a Springfield, model XD-40, .40 caliber pistol, bearing serial number XD432067, from Just Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to Just Guns, at R.K. Shows (a gun show) in Oklahoma City, Oklahoma, as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
**(Making a False Statement During the Attempted Purchase of a Firearm)**

On or about April 7, 2022, in the Western District of Oklahoma,

------------------------ **BRIONJRE MARTAI ODELL HAMILTON,** ------------------------

in connection with the attempted acquisition of a firearm, to wit: a Springfield, model XD, .40 caliber pistol, bearing serial number GM132131, from Kings Pawn & Gun, located in Del City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to Kings Pawn & Gun as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
**(Making a False Statement During the Attempted Purchase of a Firearm)**

On or about June 14, 2022, in the Western District of Oklahoma,

------------------------ **BRIONJRE MARTAI ODELL HAMILTON,** ------------------------

in connection with the attempted acquisition of a firearm, to wit: a Taurus, model G2C, 9mm caliber pistol, bearing serial number ICI28881, from Sooner State Pawn, located in Oklahoma City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to Sooner State Pawn as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

### COUNT 4
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about July 11, 2022, in the Western District of Oklahoma,

------------------------ **BRIONJRE MARTAI ODELL HAMILTON,** ------------------------

in connection with the attempted acquisition of a firearm, to wit: an ATI, model Omni Hybrid Maxx, 5.56 caliber pistol, bearing serial number NS349608, from C.O.P.S. Gun Shop, located in Oklahoma City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to C.O.P.S. Gun Shop as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHANIE POWERS
Special Assistant United States Attorney

3