# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR 22-314

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 4   Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: cz

AUG 0 2 2022

| Name: Brionjre Martai Odell Hamilton | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/2000   SSN: XXX-XX-7204 | Race: Black   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☑   N ☐

☑ Type of Bond: Unsecured

☐ In Custody at: _____   Magistrate Judge Case No.: MJ- 22-514-SM

Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☑ Public Defender   Name: Frances C. Ekwerekwu   AUSA: Stephanie Powers
☐ CJA Panel   Address: 215 Dean McGee Ste 109   Agent/Agency: ATF
☐ Retained   Oklahoma City, Oklahoma 73102
Phone: (405) 609-5967   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1,2,3,4 | 18 U.S.C. § 922(a)(6) | Making a False Statement During the Attempted Purchase of a Firearm | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

RECEIVED
AUG 0 2 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ Stephanie Powers   Date: 08/01/2022

3/21