# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>**Brionjre Martai Odell Hamilton**<br><br>*On Bond* | **NOTICE**<br><br><br>**CASE NO. CR-22-314-SLP** |

TYPE OF CASE:

☐ CIVIL    ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 103** |
| | DATE AND TIME: |
| | **Friday, August 12, 2022 @ 3:00** |
| TYPE OF PROCEEDING: | |
| **ARRAIGNMENT** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | | |

|  |  |
|---|---|
| | **SHON T. ERWIN**<br>U.S. MAGISTRATE JUDGE |
| **8/4/2022**<br>Date | **s/Andrea Caster**<br>(By) Deputy Clerk |