# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Aug 12, 2022      **CASE:** CR-22-314-SLP

**TIME IN COURT:** 15 mins      **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**      **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Brionjre Martai Odell Hamilton

Defendant States true and correct name as: same      **AGE:**

**Government Cnsl:** Stephanie Powers      **Defendant Cnsl:** Frances C Ekwerekwu

**U.S. Probation Officer:** Candice Jones      Public Defender

☒ Defendant Appears, with Counsel      **Interpreter:**

☐ Defendant advised of his / her right of consular notification,

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☐ Dft advised of his / her right to an attorney.      ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment      ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of September 13, 2022 before U.S. District Judge Scott Palk

☐ Government recommends defendant be released on

☐ Government recommends defendant be detained based on

☐ Government

     ☐ Upon motion of the Government and request for continuance by

     ☐ Detention Hearing is set for

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☒ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.