# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE**
**N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA**
**COURTROOM NO. 304**

**CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK**
**BEGINS TUESDAY, SEPTEMBER 13, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR ANYONE ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN MONDAY, AUGUST 29, 2022.**   By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-76-SLP** | United States of America | David M. McCrary |
| | | Nicholas M. Coffey |
| | v. | |
| | Domitila Martinez Hernandez (Detained) | Cesar A. Armenta |
| | Rafael Moreno (Detained) | Paul S. Faulk |
| | Jose Israel Carrillo Ramirez (Detained) | Miguel A. Garcia |
| | Jose Luis Torres Naranjo (Detained) | Cody E. Gilbert |
| | Ernesto Corral Cerda (Detained) | Robert L. Wyatt, IV |
| | Charles Mansfield (Detained) | Marna Franklin |
| **CR-21-77-SLP** | United States of America | David M. McCrary |
| | | Nichols M. Coffey |
| | v. | |
| | Thomas Pitts (Released) | Henry A. Meyer, III |
| | Katherine Barrett (Released) | Mark L. Henricksen |
| | Richard Jackson (Detained) | Craig M. Hoehns |
| | Joshua Wertz (Detained) | Donald A. Herring |

| | | |
|---|---|---|
| **CR-22-75-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Kevin Lee Stanley (Detained) | W. Brett Behenna |
| **CR-22-110-SLP** | United States of America | Stanley J. West |
| | v. | |
| | Deontaye Lonnitt Frederick (Detained) | Traci Lynn Rhone |
| **CR-22-133-SLP** | United States of America | Matthew P. Anderson |
| | v. | |
| | Omar Aldama-Martinez (Detained) | Cody E. Gilbert |
| **CR-22-156-SLP** | United States of America | Kyle Peppler |
| | v. | |
| | Jacinda Kay Regalado (Released) | Bonnie Blumert |
| **CR-22-179-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Christopher Michael White (Released_ | Henry A. Meyer, III |
| **CR-22-197-SLP** | United States of America | Elizabeth Joynes |
| | v. | |
| | Nezjonell Nikkolo Marris (Detained) | Frances Ekwerekwu |
| **CR-22-228-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Devon A. Warden (Detained) | Frances Ekwerekwu |

| | | |
|---|---|---|
| **CR-22-235-SLP** | United States of America | Matthew P. Anderson<br>Nicholas M. Coffey |
| | v. | |
| | Yoelmmi Franco Sandoval (Detained) | Peter L. Scimeca |
| **CR-22-267-SLP** | United States of America | Stanley J. Ward |
| | v. | |
| | Michael Ray Hedge (Detained) | Edward M. Blau |
| **CR-22-269-SLP** | United States of America | Dale Dilbeck |
| | v. | |
| | Azael Dubon Rodas-Mendez (Detained) | Henry A. Meyer, III |
| **CR-22-288-SLP** | United States of America | Dale Dilbeck |
| | v. | |
| | Saret Rodriguez-Herrera (Detained) | Julia C. Summers |
| **CR-22-292-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Jesus Alvarez (Released) | Cesar A. Armenta |
| **CR-22-314-SLP** | United States of America | Stephanie Powers |
| | v. | |
| | Brionjre Martai Odell Hamilton (Released) | Frances C. Ekwerekwu |