IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>-vs- )<br>)<br>BRIONJRE MARTAI ODELL )<br>HAMILTON, )<br>Defendant. ) | Case No. CR-22-314-SLP |

## WAIVER OF RIGHT TO SPEEDY TRIAL

Brionjre Martai Odell Hamilton, defendant in the captioned cause states as follows:

1) My attorney has explained to me under the Sixth Amendment of the United States Constitution and under the Speedy Trial Act, I have an absolute right to a speedy trial. The Speedy Trial Act provides I must be brought to trial within seventy (70) days from the date of my arraignment;

2) I understand my case is scheduled for the September 13, 2022 jury trial docket;

3) I am requesting the Court continue my case to the October 11, 2022 jury trial docket. I am requesting a continuance to allow my attorney time to complete the review of discovery materials, including yet to be produced discovery, investigation of facts critical to my defense, and possible resolution of this case without trial;

4) I have read this waiver and I understand my right to a speedy trial and I am giving up that right by signing this paper. I understand the period of delay caused by the granting of the continuance will not be used in computing the seventy (70) day time limit for trial prescribed in the Speedy Trial Act;

5) I am signing this waiver voluntarily and of my own choice, free of threats, or pressures from anyone.

Respectfully submitted,

8/30/22
DATE

*Brionre Hamilton*
BRIONRE MARTAI ODELL HAMILTON
DEFENDANT

8/30/22
DATE

*Frances C. Ekwereku*
FRANCES EKWEREKU, OBA # 32613
ASSISTANT FEDERAL PUBLIC DEFENDER
Frances_ekwerekwu@fd.org
215 DEAN A. MCGEE, SUITE 109
OKLAHOMA CITY, OK 73102
Main: (405) 609-5930 Fax: (405) 609-5932