PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Brionjre Martai Odell Hamilton       Docket No. CR-22-314-SLP

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erin Yeo, pretrial services/probation officer, presenting an official report upon the conduct of defendant Brionjre Martai Odell Hamilton, who was placed under pretrial release supervision by the Honorable Suzanne Mitchell, sitting in the court at The Western District of Oklahoma on the 20th date of July, 2022 under the following conditions:

(7)(h) The defendant must get medical or psychiatric treatment: as directed by USPO and take all mental health medications as required
(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed
(7)(n) The defendant must submit to testing for a prohibited substance.
(7)(p)(i) The defendant must participate in the following location restriction program and comply with its requirements as directed. (Curfew) as directed by the pretrial services officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On August 2, 2022, the defendant violated curfew by leaving his residence. When questioned by this officer, the defendant was not truthful as he claimed he was taking out the trash. The defendant's location monitoring indicated otherwise. On August 9, 2022, the defendant tested positive for Marijuana and Cocaine. On August 11, 2022, the defendant failed to appear for substance abuse testing. On August 22, 2022, the defendant tested positive for Cocaine. On August 25, 2022, the defendant stalled his drug test. On September 1, 2022, the defendant admitted to using Cocaine six or seven times since his release on bond and reports he has purchased the substance on two occasions. On the same date, the defendant admitted to not taking his mental health medications consistently.

On September 1, 2022, the defendant signed a consent to modify his conditions of pretrial release in order to receive assistance with substance abuse treatment. As such, the U.S. Probation Office would respectfully present the Court with a petition adding the below condition: (7)(o) The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

PRAYING THAT THE COURT WILL ORDER THE MODIFICATION OF CONDITIONS OF RELEASE AS NOTED ABOVE.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 6th day of SEPTEMBER, 20 22 and ordered filed and made a part of the records in the above case. | Executed on September 2, 2022 |
| U.S. Magistrate Judge | Erin K. Yeo<br>U.S. Pretrial Services/Probation Officer |
| | Place    Oklahoma City, OK |