## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**FILED**

SEP 0 6 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____*KK*_____,DEPUTY

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No. CR-22-314-SLP** |
| | ) | |
| **BRIONJRE MARTAI ODELL** | ) | **Violations:   18 U.S.C. § 922(a)(6)** |
| **HAMILTON and** | ) | **18 U.S.C. § 932(b)(1)** |
| **CARRISHA PERSHAWN** | ) | **18 U.S.C. § 933(a)(2)** |
| **JEWELSHAWN JONES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT 1
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about March 27, 2022, in the Western District of Oklahoma,

----------------------- **BRIONJRE MARTAI ODELL HAMILTON,** -----------------------

in connection with the attempted acquisition of a firearm, to wit: a Springfield, model XD-

40, .40 caliber pistol, bearing serial number XD432067, from Just Guns, a licensed dealer

of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false statement to Just Guns, at R.K. Shows (a gun show) in Oklahoma City,

Oklahoma, as to a fact material to the lawfulness of such sale of the firearm to the defendant

by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about April 7, 2022, in the Western District of Oklahoma,

---------------------- **BRIONJRE MARTAI ODELL HAMILTON,** ----------------------

in connection with the attempted acquisition of a firearm, to wit: a Springfield, model XD, .40 caliber pistol, bearing serial number GM132131, from Kings Pawn & Gun, located in Del City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to Kings Pawn & Gun as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about June 14, 2022, in the Western District of Oklahoma,

---------------------- **BRIONJRE MARTAI ODELL HAMILTON,** ----------------------

in connection with the attempted acquisition of a firearm, to wit: a Taurus, model G2C, 9mm caliber pistol, bearing serial number ICI28881, from Sooner State Pawn, located in Oklahoma City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to Sooner State Pawn

as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 4
### (Straw Purchasing of Firearms)

On or about July 5, 2022, in the Western District of Oklahoma,

-------------------- **CARRISHA PERSHAWN JEWELSHAWN JONES** ------------------

knowingly purchased a firearm, to wit: a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FEA7949, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma, at the request of **BRIONJRE MARTAI ODELL HAMILTON**, knowing or having reasonable cause to believe that **BRIONJRE MARTAI ODELL HAMILTON** was a prohibited person, as defined in Title 18, United State Code, Section 922(d), in that he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802.

All in violation of Title 18, United States Code, Section 932(b)(1), the penalty for which is found at Title 18, United States Code, Section 932(c)(1).

## COUNT 5
### (Trafficking in Firearms)

On or about July 5, 2022, in the Western District of Oklahoma,

----------------------- **BRIONJRE MARTAI ODELL HAMILTON** ----------------------

knowingly received from **CARRISHA PERSHAWN JEWELSHAWN JONES** a firearm, to wit: a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial

number FEA7949, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma, knowing or having reasonable cause to believe that the receipt of that firearm was a felony.

All in violation of Title 18, United States Code, Section 933(a)(2), the penalty for which is found at Title 18, United States Code, Section 933(b).

## COUNT 6
### (Making a False Statement During the Attempted Purchase of a Firearm)

On or about July 11, 2022, in the Western District of Oklahoma,

---------------------- **BRIONJRE MARTAI ODELL HAMILTON,** ----------------------

in connection with the attempted acquisition of a firearm, to wit: an ATI, model Omni Hybrid Maxx, 5.56mm caliber pistol, bearing serial number NS349608, from C.O.P.S. Gun Shop, located in Oklahoma City, Oklahoma, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to C.O.P.S. Gun Shop as to a fact material to the lawfulness of such sale of the firearm to the defendant by representing that he was not an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 7
### (Straw Purchasing of Firearms)

On or about July 11, 2022, in the Western District of Oklahoma,

-------------------- **CARRISHA PERSHAWN JEWELSHAWN JONES** --------------------

knowingly conspired to purchase a firearm, to wit: an ATI, model Omni Hybrid Maxx, 5.56mm caliber pistol, bearing serial number NS349608, which was in and affecting

interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma, at the request of **BRIONJRE MARTAI ODELL HAMILTON**, knowing or having reasonable cause to believe that **BRIONJRE MARTAI ODELL HAMILTON** was a prohibited person, as defined in Title 18, United States Code, Section 922(d), in that he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802.

All in violation of Title 18, United States Code, Section 932(b)(1), the penalty for which is found at Title 18, United States Code, Section 932(c)(1).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHANIE POWERS
Special Assistant United States Attorney