Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-22-314-SLP

Charging Document: SS Indictment   No. of Defendants: 2   Total No. of Counts: 7   Sealed: Y ☑  N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐  Summons ☐  Notice ☑

Companion Case No. (if any): _____   By: cz

**DEFENDANT INFORMATION:**

SEP 0 6 2022

Name: **Brionjre Martai Odell Hamilton**

Alias(es):

Address:

FBI No.:

DOB: XX/XX/2000   SSN: XXX-XX-7204   Race: Black   Interpreter: Y ☐ N ☑

Sex: M ☑  F ☐   Juvenile: Y ☐ N ☑   Language/Dialect: English

**DEFENDANT STATUS/RECOMMENDATION:**

☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☐  N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐  N ☑

**ATTORNEY/AGENCY INFORMATION:**

☑ Public Defender   ☐ CJA Panel   ☐ Retained

Name: Frances C. Ekwerekwu
Address: 215 Dean McGee Ste 109, Oklahoma City, Oklahoma 73102
Phone: (405) 609-5967

AUSA: Stephanie Powers
Agent/Agency: ATF
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1,2,3,6 | 18 U.S.C. § 922(a)(6) | Making a False Statement During the Attempted Purchase of a Firearm | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| 5 | 18 U.S.C. § 933(a)(2) | Trafficking in Firearms | 18 U.S.C. § 933(b) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

# RECEIVED

SEP 0 6 2022

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/ Stephanie Powers     Date: 09/06/2022

3/21