# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-22-314-SLP

Charging Document: **SS Indictment**   No. of Defendants: 2   Total No. of Counts: 7   Sealed: Y ☑  N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: cz

| | |
|---|---|
| Name: Carrisha Pershawn Jewelshawn Jones | SEP 0 6 2022 |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1995   SSN: XX-XX-6570 | Race: Black   Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____
☐ CJA Panel   Address: _____
☐ Retained   Phone: _____

AUSA: Stephanie Powers
Agent/Agency: ATF
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 4, 7 | 18 U.S.C. § 932(b)(1) | Straw Purchasing of Firearms | 18 U.S.C. § 932(c)(1)-NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

# RECEIVED
SEP 0 6 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/ Stephanie Powers   Date: 08/30/2022

3/21