# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | NOTICE of HEARING |
|---|---|
| vs. | |
| **Brionjre Martai Odell Hamilton** | CASE NO. CR-22-314-SLP |
| NOT IN CUSTODY     *USMS #* | |

TYPE OF CASE:
☐ CIVIL    ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No.  101** |
| | DATE AND TIME: |
| | **Setember 13, 2022 at 3:00p.m.** |
| TYPE OF PROCEEDING:<br>**Arraignment** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**AMANDA MAXFIELD GREEN**
U.S. MAGISTRATE JUDGE

9/8/2022

**s/Ryan Beam**

Date

(By) Deputy Clerk