**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, OCTOBER 11, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

PHOTO ID IS REQUIRED FOR **ANYONE** ENTERING THE FEDERAL COURTHOUSE.

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN MONDAY, SEPTEMBER 26, 2022.**  By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| Case No. | Parties | Counsel |
|---|---|---|
| **CR-22-75-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Kevin Lee Stanley (Detained) | W. Brett Behenna |
| **CR-22-123-SLP** | United States of America | Matthew P. Anderson |
| | v. | |
| | Jefferie Adam Warren (Detained) | Kyle E. Wackenheim |
| | Clint Harrison Donaghe (on bond) | Lance B. Phillips |
| | Gregory Wayne Webster (on bond) | Jay D. Husbands |
| | Victory Ray Quick (Detained) | Michael W. Noland |
| | Aldo Manolo Calderon Gramajo (on bond) | Cesar A. Armenta |
| **CR-22-179-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Christopher Michael White (Released_ | Henry A. Meyer, III |

| | | |
|---|---|---|
| **CR-22-291-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Lisa Marie Ruiz (Detained)<br>Luis Angel Rivera (Detained) | Kyle E. Wackenheim<br>Eddie D. Valdez |
| **CR-22-293-SLP** | United States of America | Mary E. Walters |
| | v. | |
| | James Landon McCullough (Detained)_ | Taylor McLawhorn |
| **CR-22-305-SLP** | United States of America | Chelsie A. Pratt |
| | v. | |
| | Xiao Chen (Released) | Lance B. Phillips |
| **CR-22-314-SLP** | United States of America | Stephanie Powers |
| | v. | |
| | Brionjre Martai Odell Hamilton (Released) | Frances C. Ekwerekwu |
| **CR-22-334-SLP** | United States of America | Mark R. Stoneman |
| | v. | |
| | Rodolfo Aguilar-Torres (Detained) | Julia C. Summers |