# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Sep 13, 2022      **CASE:** CR-22-314-SLP

**TIME IN COURT:** 15 mins      **COURTROOM:** 101

**MAGISTRATE JUDGE AMANDA MAXFIELD GREEN**      **COURTROOM DEPUTY RYAN BEAM**

**UNITED STATES OF AMERICA vs.** Brionjre Martai Odell Hamilton

Defendant States true and correct name as: same      **AGE:** 22

**Government Cnsl:** Stephanie Powers      **Defendant Cnsl:** Francie Ekwerekwu

**U.S. Probation Officer:** Candice Jones      Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:**
- [x] Defendant advised of his / her right of consular notification, N/A
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.    [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Superseding Indictment    [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

---

- [x] Case set on jury docket beginning the week of November 1, 2022 at 9:00 a.m. before U.S. District Judge Scott Palk

---

- [ ] Government recommends defendant be released on
- [ ] Government recommends defendant be detained based on
- [ ] Government
  - [ ] Upon motion of the Government and request for continuance by
  - [ ] Detention Hearing is set for
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

- [x] **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [x] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at _____ with conditions per Release Order.
- [ ] Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.