UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>BRIONJRE MARTAI ODELL HAMILTON,<br>USMS # None Identified | **NOTICE OF HEARING**<br><br>Case Number CR-22-314-SLP |

**Defendant on Bond**

Type of Case  _____ CIVIL        ____X____ CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>        Courtroom 304<br>        200 N.W. 4th Street<br>        Oklahoma City, Oklahoma 73102 | **DATE AND TIME**<br><br>**OCTOBER 12, 2022 @ 11:00 a.m.** |

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

| | |
|---|---|
| TYPE OF PROCEEDING | **CHANGE OF PLEA** |

**TAKE NOTICE**- defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office **immediately after the plea hearing**.  The interview ordinarily takes 1 1/2 to 2 hours.

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>        200 N.W. 4th Street<br>        Oklahoma City, Oklahoma 73102 | **Date and Time Previously Scheduled** |

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Seale*
       Deputy Clerk

cc:     AUSA
        COUNSEL
        USMS
        USPO