**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, NOVEMBER 1, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES <mark>MUST</mark> BE FILED AND/OR PRESENTED TO THE COURT <mark>NO LATER THAN MONDAY, OCTOBER 17, 2022.</mark>   By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-76-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Ernesto Corral Cerda (Detained) | Robert L. Wyatt, IV |
| **CR-21-243-SLP** | United States of America | Mary E. Walters<br>Travis Leverett |
| | v. | |
| | Treyson Daron Reed (Detained) | W. Brett Behenna |
| **CR-22-198-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Amanda Rae Casasnovas (on Bond) _ | Edward M. Blau<br>Daniel Page |

| | | |
|---|---|---|
| **CR-22-235-SLP** | United States of America | Matthew P. Anderson<br>Nicholas M. Coffey |
| | v. | |
| | Yoelmmi Franco Sandoval (Detained) | Peter L. Scimeca |
| **CR-22-291-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Lisa Marie Ruiz (Detained)_<br>Luis Angel Rivera (Detained) | Kyle E. Wackenheim<br>Eddie D. Valdez |
| **CR-22-292-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Jesus Alvarez (on Bond) | Cesar A. Armenta |
| **CR-22-314-SLP** | United States of America | Stephanie Powers |
| | v. | |
| | Brionjre Martai Odell Hamilton (Released) | Frances C. Ekwerekwu |
| **CR-22-334-SLP** | United States of America | Mark R. Stoneman |
| | v. | |
| | Rodolfo Aguilar-Torres (Detained) | Julia C. Summers |
| **CR-22-387-SLP** | United States of America | Jessica L. Perry |
| | v. | |
| | Brian Lee Foster (on Bond) | Peter L. Scimeca |

| **CR-22-404-SLP** | United States of America | Stephanie Powers |
| | v. | |
| | Jaime Moreno (Detained) | Michael Wayne Noland |
| **CR-22-410-SLP** | United States of America | Jason M. Harley |
| | v. | |
| | Ples Edward Thomas, Jr. (on Bond) | Robert E. Sisson |
| **CR-22-411-SLP** | United States of America | Stanley J. West |
| | v. | |
| | Patrick Lee Adams (Detained) | Robert D. Gifford, II |