# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.  CR-22-314-SLP |
| | ) | |
| BRIONJRE MARTAI ODELL HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE SHEET OF PROCEEDINGS:  ☒ CHANGE OF PLEA  ☐ WAIVE AND FILE

| | |
|---|---|
| **Honorable Scott Palk, Presiding** | Marcia J. Seale, Deputy Clerk |
| Cassie Kerr, Court Reporter | Joel Vandruff, U.S. Probation Officer |
| Interpreter – N/A<br>☐ Interpreter Sworn | Date proceedings held: 10/12/22 @ 11:00 a.m.<br>Time in court:  30 minutes |

| | |
|---|---|
| Appearance for Government:<br>Stephanie Powers, AUSA | Appearance for Defendant:<br>Frances C. Ekwerekwu |

**HEARING CONCLUDED:** ☒ Yes; ☐ No;

**Type of Proceedings held:**

☒ Change of Plea  ☐ Waive and File        ☐ Other: _____ ;

☒ Held on count(s) ___1, 2, 3 and 6___ _____ of the ____six____ counts :

☒ ☐ Indictment; ☐ Information; ☒ Superseding Indictment; ☐ Superseding Information filed: 9/6/2022;

☒ Defendant **SWORN**;

☒ Defendant enters a **plea** of:  ☒ Guilty; ☐ Not Guilty; ☐ Other;

☒ Sentencing Guidelines applicable; maximum penalty: 10 years and/or a fine of $250,000.00 .

☒ Waiver of Jury Trial filed;

☐ Waiver of Indictment filed;

☒ ☒ Plea Agreement filed (See plea agreement for specifics);  ☐ No Plea Agreement filed;

☒ ☒ Supplemental Plea Agreement filed under seal;  ☐ No sealed supplemental plea agreement filed;

☒ ☒ Plea Petition filed;  ☐ Plea Petition only filed;

☒ Sentencing Hearing to be set upon completion of the final presentence report;

☐ Defendant Bond:  ☐ **Set**:  Unsecured $_____; ☐ Cash; ☐ Surety; ☐ 10%; ☐ Personal Recognize;

☐ Defendant failed to appear, **Bench Warrant** issued;

☐ Status of **Bond**: ☐ Continued; ☐ Forfeited;

☐ Defendant **Custody/Detention** Continued;

☒ Defendant **REMANDED** to the Custody of the U.S. Marshal pending sentencing;

*Other Proceedings:*

*Rev.Minute.Guilty.2017*