IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-22-314-SLP |
| | ) | |
| BRIONJRE MARTAI ODELL HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: 9/27/22

Brionjre Hamilton
BRIONJRE MARTAI ODELL HAMILTON
DEFENDANT

Frances C. Ekwerekwu
FRANCES EKWEREKWU
COUNSEL FOR DEFENDANT

_____
STEPHANIE POWERS
COUNSEL FOR GOVERNMENT

Before _____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE