AO 458 (Rev. 01/09)  Appearance

# United States District Court

for the

WESTERN            DISTRICT OF            OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-vs-** ) | **No. <u>CR-22-314-SLP</u>** |
| ) | |
| **BRIONJRE MARTAI ODELL** ) | |
| **HAMILTON and** ) | |
| **CARRISHA PERSHAWN** ) | |
| **JEWELSHAWN JONES,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>APPEARANCE OF COUNSEL</u>

To:    The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: March 6, 2023.

s/ Danielle M. Connolly
DANIELLE M. CONNOLLY, OBA #33148
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Office: (405) 553-8700
Fax: (405) 553-8888
Danielle.Connolly@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Frances C. Ekwerekwu, Counsel for Brionjre Martai Odell Hamilton.


s/ Danielle M. Connolly
DANIELLE M. CONNOLLY
Assistant United States Attorney