# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-22-314-SLP |
| ) | |
| BRIONJRE MARTAI ODELL HAMILTON, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension to Submit Objections to the Presentence Investigation Report [Doc. No. 40]. The Motion is GRANTED. Counsel is directed to submit her objections to the Initial Presentence Investigation Report on or before March 30, 2023.

IT IS SO ORDERED this 7th day of March, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE