UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>BRIONJRE MARTAI ODELL HAMILTON,<br>USMS #11414-510 | **NOTICE OF HEARING**<br><br>Case Number CR-22-314-SLP |

**Defendant Detained – Pott County**

Type of Case   _____CIVIL      ____X____CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| Place:   U.S. Courthouse<br>        Courtroom 304<br>        200 N.W. 4th Street<br>        Oklahoma City, Oklahoma 73102 | **DATE AND TIME**<br><br>**MAY 15, 2023 @ 1:30 p.m.** |

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

| | |
|---|---|
| TYPE OF PROCEEDING | **SENTENCING** |

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

| | |
|---|---|
| Place:   U.S. Courthouse<br>        200 N.W. 4th Street<br>        Oklahoma City, Oklahoma 73102 | **Date and Time Previously Scheduled** |

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Seale*
        Deputy Clerk

cc:    AUSA
       COUNSEL
       USMS
       USPO