# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-22-314-SLP |
| BRIONJRE MARTAI ODELL HAMILTON, | ) | |
| Defendant. | ) | |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| **Honorable Scott L. Palk, Presiding** | Marcia J. Seale, Deputy Clerk |
|---|---|
| Cassie Kerr, Court Reporter | U.S. Probation Officer: Joel Vandruff |
| Interpreter – N/A<br>Interpreter Sworn | Date proceedings held: May 15, 2023 @ 1:30 p.m.<br>Time in court: 1 Hour and 15 Minutes<br>Courtroom No. 304 |

| Appearance for Government: Danielle M. Connolly, AUSA | Appearance for Defendant: Frances C. Ekwerekwu |
|---|---|

**HEARING CONCLUDED**: ☒ Yes; ☐ No;

**Hearing Type:** ☐ Sentencing Hearing – Contested; ☒ Sentencing Hearing – Non Evidentiary;

**Held on count(s)** _1, 2, 3 and 6_ of the _six_ count:
☐ Indictment; ☐ Information; ☒ Superseding Indictment; ☐ Superseding Information filed: 9/5/22.

**Applicable Proceedings**:

| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☒ Sentencing Guidelines | ☐ Downward Variance | ☐ Upward Variance | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | ☐ DPPA Order filed |

**SENTENCING TEXT**:

☐ Defendant sentenced to a term of **PROBATION** for: _____ months;

☒ Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: 37 months, consisting of 37 months as to Counts 1, 2, 3 and 6, all such counts to run concurrent with each other;

☒ Defendant placed on a term of **SUPERVISED RELEASE** for a term of 3 years, consisting of 3 years as to Counts 1, 2, 3 and 6, all such Counts to run concurrent with each other;

☐ Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:

☐ **Restitution** is ordered in the amount of: $_____;
☐ to be paid in installments ☐ due immediately.

☐       **Fine** imposed in the amount of $_____;
        ☐ to be paid in installments ☐ due immediately;
☐       **JVTA Assessment** imposed in the amount of $_____;
        ☐ to be paid in installments ☐ due immediately;
☒       $400.00 **special assessment** due immediately;

**Government motions**:
☒       Count(s) __5__ dismissed on motion by the government;
☐       Order dismissing original indictment;

**Custody Status**:
☐       Defendant ordered to surrender to the designated institution on ____;
☐       Defendant failed to appear, Bench Warrant issued;
☐       **Bond** ☐ **Continued**; ☐ **Revoked**;
☒       **Custody/Detention continued**;
☐       Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
☒       Court **recommends** incarceration at ___FCI El Reno_____.
☐       Other recommendations by the court _____;

**Appeal status**:
☒       Defendant advised of their right to appeal;
☐       Defendant requests Clerk to enter notice of appeal;

*Other proceedings*:   See judgment and commitment order for sentencing specifics.

*Revised minute-sentencing-January, 2017*