# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  -vs-  )<br>  )<br>BRIONJRE MARTAI ODELL  )<br>HAMILTON,  )<br>  )<br>  Defendant.  ) | No. **CR-22-314-SLP** |

## ORDER OF DISMISSAL

Defendant has entered a plea of guilty to Counts 1, 2, 3, and 6 of the Superseding Indictment returned on September 5, 2022. In light of that guilty plea, the United States has moved to dismiss Count 5 of the Superseding Indictment, as well as the Indictment returned on August 2, 2022, both as to Defendant Brionjre Martai Odell Hamilton only, in the best interest of justice.

It is therefore ORDERED that Count 5 of the Superseding Indictment returned on September 6, 2022, as well as the Indictment returned on August 2, 2022, both as to Defendant Brionjre Martai Odell Hamilton only, are DISMISSED.

_____
**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**